IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NYGERIA WOODARD, | ) | CASE NO: 1:18-CV-02306 |
| Plaintiff, | ) | JUDGE: SOLOMON OLIVER JR. |
| vs. | ) | **NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| KING OF DIAMONDS GENTLEMAN'S CLUB, et al. | ) | |
| Defendants. | ) | |

This pleading should serve as notice by Plaintiff, Nygeria Woodard, that the above captioned matter is being dismissed without prejudice, pursuant to Fed. Civ. R. 41(a)(1)(A)(i).

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
6/24/2019

Respectfully Submitted,

*/s/ Chris P. Wido*
Chris P. Wido (0090441)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Boulevard, Suite 200
Beachwood, Ohio, 44122
Phone: (216) 291-4744
Fax:     (216) 291-5744
Email:  chris.wido@spitzlawfirm.com

*Attorney For Plaintiff*